UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LARRY K. SAUVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-cv-00349-JAW |
| | ) | |
| KEVIN JOYCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 31, 2012 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on February 17, 2012; Defendant Joseph Ponte filed his waiver of reply to the objections on February 22, 2012; and, Defendant Kevin Joyce filed his response to the Plaintiff's objections on March 2, 2012. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that Defendant Joseph Ponte's Motion to Dismiss (Docket # 16) be and hereby is <u>GRANTED</u>.

3. It is further <u>ORDERED</u> that Defendant Kevin Joyce's Motion to Dismiss (Docket # 20) be and hereby is <u>GRANTED.</u>

4. It is further <u>ORDERED</u> that the Plaintiff's Motion to Amend Complaint (Docket #22) be and hereby is <u>DENIED</u>.

SO ORDERED.


<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2012